**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: ALISSA MARIE ROSENTHAL-ABRAM | § | Case No. 26-40126 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/14/2026. The undersigned trustee was appointed on 01/14/2026.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 7,156.84

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4.40 |
| Bank service fees | 20.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 7,131.98 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/10/2026 and the deadline for filing governmental claims was 07/13/2026. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,465.68. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,465.68, for a total compensation of $1,465.68[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $125.66 for total expenses of $125.66[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2026

By: /s/ Mary Jo A. Jensen-Carter
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit A
Page: 1

**Case No.:** 26-40126
**Case Name:** ALISSA MARIE ROSENTHAL-ABRAM

**For Period Ending:** 07/22/2026

**Trustee Name:** (430110) Mary Jo A. Jensen-Carter
**Date Filed (f) or Converted (c):** 01/14/2026 (f)
**§ 341(a) Meeting Date:** 02/23/2026
**Claims Bar Date:** 07/10/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Legally described as: Lot 2, Block 8, Sherbrook, Anoka County, Minnesota 11887 Grouse St Nw, Coon Rapids, MN 55448, Anoka County | 325,300.00 | 0.00 | | 0.00 | FA |
| 2 | 2022 Chevrolet Trailblazer, 41000 miles<br>(Exemption of 10,957.00) | 15,688.00 | 3,750.00 | | 3,750.00 | FA |
| 3 | Typical household goods and furnishing, with no one item over $650. | 4,500.00 | 0.00 | | 0.00 | FA |
| 4 | TV's (3) $75 (older) Iphone 8 (refurbished) $30 HP Laptop $50 | 155.00 | 0.00 | | 0.00 | FA |
| 5 | Normal wearing apparel | 1,850.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Chime Account Number: 2345 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Huntington Account Number: 6056 | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: US Bank - No balance on the date of filing | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Savings account: Chime Account Number: 8231 | 60.00 | 0.00 | | 0.00 | FA |
| 11 | Savings account: Huntington - No balance on the date of filing Account Number: 7611 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Other financial account: Chime - Credit Builder Account Number: 3170 | 45.00 | 0.00 | | 0.00 | FA |
| 13 | IRA: Fidelity Roth IRA | 16,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2025 Tax Refunds | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Estimated earned unpaid wages | 2,043.00 | 0.00 | | 0.00 | FA |
| 16 | Garnishment (u) | 3,406.84 | 3,406.84 | | 3,406.84 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$369,072.84** | **$7,156.84** | | **$7,156.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL ACCOUNT BEFORE DISTRIBUTION 7/21/26

**Initial Projected Date Of Final Report (TFR):** 02/25/2027 **Current Projected Date Of Final Report (TFR):** 07/21/2026 (Actual)

# Form 2

**Exhibit B**



# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 26-40126 | **Trustee Name:** | Mary Jo A. Jensen-Carter (430110) |
| **Case Name:** | ALISSA MARIE ROSENTHAL-ABRAM | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***7575 | **Account #:** | ******1138 Checking |
| **For Period Ending:** | 07/22/2026 | **Blanket Bond (per case limit):** | $24,400,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/26 | {16} | MESSERLI & KRAMER pa | GARNISHMENT | 1229-000 | 3,406.84 | | 3,406.84 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,401.84 |
| 05/29/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.26 | 3,396.58 |
| 06/02/26 | 101 | INTERNATIONAL SURETIES, LTD. | BOND NO. 612418760 | 2300-000 | | 4.40 | 3,392.18 |
| 06/08/26 | {2} | ALISSA MARIE ROSENTHAL-ABRAM | 2022 CHEVROLET TRAILBLAZER | 1129-000 | 3,750.00 | | 7,142.18 |
| 06/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 10.20 | 7,131.98 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **7,156.84** | **24.86** | **$7,131.98** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **7,156.84** | **24.86** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,156.84** | **$24.86** | |

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 26-40126 | **Trustee Name:** | Mary Jo A. Jensen-Carter (430110) |
| **Case Name:** | ALISSA MARIE ROSENTHAL-ABRAM | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***7575 | **Account #:** | ******1138 Checking |
| **For Period Ending:** | 07/22/2026 | **Blanket Bond (per case limit):** | $24,400,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $7,156.84 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,156.84 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******1138 Checking | $7,156.84 | $24.86 | $7,131.98 |
| | **$7,156.84** | **$24.86** | **$7,131.98** |

Printed: 07/22/26 6:18 AM

# Exhibit C
# Claims Distribution Register



**Case: 26-40126 ALISSA MARIE ROSENTHAL-ABRAM**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| FEE | 06/08/26 | 200 | Mary Jo A. Jensen-Carter<br>1257 Gun Club Road<br>White Bear Lake, MN 55110<br><2100-00 Trustee Compensation> | $ 1,465.68 | $ 1,465.68 | $ 0.00 | $ 1,465.68 | $ 1,465.68 |
| TE | 07/21/26 | 200 | Mary Jo A. Jensen-Carter<br>1257 Gun Club Road<br>White Bear Lake, MN 55110<br><2200-00 Trustee Expenses> | $ 125.66 | $ 125.66 | $ 0.00 | $ 125.66 | $ 125.66 |
| | | | Total for Priority 200: 100% Paid | $ 1,591.34 | $ 1,591.34 | $ 0.00 | $ 1,591.34 | $ 1,591.34 |
| | | | Total for Admin Ch. 7 Claims: | $ 1,591.34 | $ 1,591.34 | $ 0.00 | $ 1,591.34 | $ 1,591.34 |
| **Priority Claims:** | | | | | | | | |
| 3P | 04/21/26 | 570 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 12,026.84 | $ 12,026.84 | $ 0.00 | $ 12,026.84 | $ 4,200.30 |
| 5P | 04/30/26 | 570 | Minnesota Revenue<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 3,837.82 | $ 3,837.82 | $ 0.00 | $ 3,837.82 | $ 1,340.34 |
| | | | Total for Priority 570: 34.92442% Paid | $ 15,864.66 | $ 15,864.66 | $ 0.00 | $ 15,864.66 | $ 5,540.64 |
| | | | Total for Priority Claims: | $ 15,864.66 | $ 15,864.66 | $ 0.00 | $ 15,864.66 | $ 5,540.64 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/13/26 | 610 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 256.47 | $ 256.47 | $ 0.00 | $ 256.47 | $ 0.00 |
| 2 | 04/13/26 | 610 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,327.51 | $ 3,327.51 | $ 0.00 | $ 3,327.51 | $ 0.00 |
| 3U | 04/21/26 | 610 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00 General Unsecured - § 726(a)(2)> | $ 10,535.76 | $ 10,535.76 | $ 0.00 | $ 10,535.76 | $ 0.00 |

Printed: 07/22/26 6:18 AM



# Exhibit C
# Claims Distribution Register

## Case: 26-40126 ALISSA MARIE ROSENTHAL-ABRAM

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 04/28/26 | 610 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati, OH 45201<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,487.00 | $ 1,487.00 | $ 0.00 | $ 1,487.00 | $ 0.00 |
| 5U | 04/30/26 | 610 | Minnesota Revenue<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447<br><7100-00 General Unsecured - § 726(a)(2)> | $ 2,340.18 | $ 2,340.18 | $ 0.00 | $ 2,340.18 | $ 0.00 |
| 6 | 06/04/26 | 610 | Wells Fargo Bank, N.A.<br>PO Box 14487<br>Des Moines, IA 50309<br><7100-00 General Unsecured - § 726(a)(2)> | $ 8,807.94 | $ 8,807.94 | $ 0.00 | $ 8,807.94 | $ 0.00 |
| 7 | 06/19/26 | 610 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-00 General Unsecured - § 726(a)(2)> | $ 245.87 | $ 245.87 | $ 0.00 | $ 245.87 | $ 0.00 |
| 8 | 06/19/26 | 610 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-00 General Unsecured - § 726(a)(2)> | $ 8,144.22 | $ 8,144.22 | $ 0.00 | $ 8,144.22 | $ 0.00 |
| 9 | 07/06/26 | 610 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 604.22 | $ 604.22 | $ 0.00 | $ 604.22 | $ 0.00 |
| 10 | 07/07/26 | 610 | Affinity Plus Federal Credit Union<br>c/o Messerli & Kramer P.A.<br>3033 Campus Dr Ste 250<br>Plymouth, MN 55441<br><7100-00 General Unsecured - § 726(a)(2)> | $ 17,442.92 | $ 17,442.92 | $ 0.00 | $ 17,442.92 | $ 0.00 |
| 11 | 07/08/26 | 610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,545.05 | $ 1,545.05 | $ 0.00 | $ 1,545.05 | $ 0.00 |
| | Total for Priority 610: | | 0% Paid | $ 54,737.14 | $ 54,737.14 | $ 0.00 | $ 54,737.14 | $ 0.00 |
| 3 Pen | 04/21/26 | 630 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><7300-00 Fines, Penalties - § 726(a)(4)> | $ 32.62 | $ 32.62 | $ 0.00 | $ 32.62 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

### Case: 26-40126 ALISSA MARIE ROSENTHAL-ABRAM

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 Pen | 04/30/26 | 630 | Minnesota Revenue<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447<br><7300-00 Fines, Penalties - § 726(a)(4)> | $ 563.61 | $ 563.61 | $ 0.00 | $ 563.61 | $ 0.00 |
| | | | Total for Priority 630: 0% Paid | $ 596.23 | $ 596.23 | $ 0.00 | $ 596.23 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 55,333.37 | $ 55,333.37 | $ 0.00 | $ 55,333.37 | $ 0.00 |
| | | | Total for Case: | $ 72,789.37 | $ 72,789.37 | $ 0.00 | $ 72,789.37 | $ 7,131.98 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 26-40126
Case Name: ALISSA MARIE ROSENTHAL-ABRAM
Trustee Name: Mary Jo A. Jensen-Carter

**Balance on hand:** $ 7,131.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,131.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary Jo A. Jensen-Carter | 1,465.68 | 0.00 | 1,465.68 |
| Trustee, Expenses - Mary Jo A. Jensen-Carter | 125.66 | 0.00 | 125.66 |

Total to be paid for chapter 7 administrative expenses: $ 1,591.34
Remaining balance: $ 5,540.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,540.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,864.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 12,026.84 | 0.00 | 4,200.30 |
| 5P | Minnesota Revenue | 3,837.82 | 0.00 | 1,340.34 |

Total to be paid for priority claims: $ 5,540.64
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,737.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LVNV Funding, LLC | 256.47 | 0.00 | 0.00 |
| 2 | LVNV Funding, LLC | 3,327.51 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 10,535.76 | 0.00 | 0.00 |
| 4 | U.S. Bank National Association | 1,487.00 | 0.00 | 0.00 |
| 5U | Minnesota Revenue | 2,340.18 | 0.00 | 0.00 |
| 6 | Wells Fargo Bank, N.A. | 8,807.94 | 0.00 | 0.00 |
| 7 | Midland Credit Management, Inc. | 245.87 | 0.00 | 0.00 |
| 8 | Midland Credit Management, Inc. | 8,144.22 | 0.00 | 0.00 |
| 9 | LVNV Funding, LLC | 604.22 | 0.00 | 0.00 |
| 10 | Affinity Plus Federal Credit Union | 17,442.92 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 1,545.05 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $596.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 Pen | Internal Revenue Service | 32.62 | 0.00 | 0.00 |
| 5 Pen | Minnesota Revenue | 563.61 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00